1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6778
7       FAX: (415) 436-7234
        daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              )  NO. CR19-0226-RS-6
                                            )
14 |     Plaintiff,                         )  **UNITED STATES' MOTION TO DETAIN**
                                            )
15 |   v.                                   )
                                            )  Date: November 4, 2020
16 | EVAN MARTINEZ-DIAZ,                    )  Judge: Hon. Jacqueline Scott Corley
                                            )  Time: 10:30 A.M.
17 |     Defendant.                         )
                                            )
18 |                                        )

19

20      Evan Martinez-Diaz remained a fugitive in Mexico for over a year and a half before he returned
21 to the United States last week. Martinez-Diaz is charged with conspiracy and possession with intent to
22 distribute controlled substances for transporting 20 pounds of methamphetamine and 1 pound of cocaine
23 as a member of a drug trafficking organization. Agents executed a search warrant at Martinez-Diaz's
24 house in April 2019. Magistrate Judge Kim signed an arrest warrant on May 14, 2019 after a grand jury
25 indicted the Defendant. Agents were unable to arrest Martinez-Diaz then because he was in Mexico.
26      Defense counsel first contacted the government about Martinez-Diaz surrendering in November
27 2019. Nothing happened for roughly a year while Martinez-Diaz remained in Mexico. Last week,
28 defense counsel informed the government that his client planned to surrender and asked where Martinez-

1

Diaz should do so.  The parties did not make an agreement on surrender arrangements, and defense counsel did not inform the government how Defendant planned to return to the United States.  The government did not agree that the Defendant is not a flight risk.

The U.S. Marshalls learned from Customs & Border Patrol that Defendant was on a flight to San Jose and arrested him when he landed. The United States respectfully submits that Martinez-Diaz remains a serious risk of flight based on his fugitive status in Mexico for over a year and a half and his significant ties to Mexico. Defendant's explanation to pretrial services that he has been on vacation in Mexico since April 2019 strains credulity.

DATED:  November 3, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

\_\_\_\_/s/_____
DANIEL PASTOR
Assistant United States Attorney